IN THE UNITED STATES DISTRIC COURT, FOR THE WESTERN DISTRIC OF MICHIGAN

| | | |
|---|---|---|
| COREY BLOCKER | ) | |
| PLAINTIFF | ) | |
| V. | ) | |
| ROBERT J. JONKER | ) | |
| DEFENDANT | ) | |
| STATE OF MICHIGAN | ) | |
| CODEFENDANT | ) | |
| GRETCHEN WHITMER | ) | |
| CODEFENDANT | ) | |
| UINITED STATES OF AMERICA | ) | |
| CODEFENDANT | ) | |
| JOSEPH R. BIDEN | ) | |
| CODEFENDANT | ) | |
| MICHIGAN UNEMPLOYMENT AGENCY | ) | |
| CODEFENDANT | ) | |

**FILED - LN**
February 14, 2022 2:58 PM
CLERK  OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __plw /_____   SCANNED BY:_____

**1:22-cv-132**
**Robert J. Jonker**
**Chief United States District Judge**

ORIGINAL COMPLAINT, AND MOTION FOR TEMPORARY INJUNCTION, AND MOTION TO TRANSFER EVERY TRANSCRIPT FROM ALL COREY BLOCKER'S CASES INVOLVING ROBERT J. JONKER. ALSO A MOTION TO COMPEL EVERY DOCUMENT PURTAINING TO COREY BLOCKER'S UNEMPLOYMENT.

Corey Blocker makes this original complaint, for this courts record, and on this courts record. Corey Blocker is bring this case for the fraud upon the court that has been committed by Robert J. Jonker who has repeatedly committed fraud upon the court in cases involving Corey Blocker and the other defendants in this case. Robert J. Jonker has made rulings on Corey Blocker's cases without allowing the evidence that Corey Blocker has compelled to be sent by the other defendants that would prove beyond a shadow of a doubt the other defendants guilt. Corey Blocker has no other recourse but to file this case to receive justice for the injustice that has accord. Because Corey Blocker has had to endure undue hardship because of Robert J. Jonkers fraud upon the court. Which Corey Blocker has been force to sleep in his car, because what the other defendants mandates, and the fact that the Michigan Unemployment Agency stole money from Corey Blocker. Which if Robert J. Jonker would have allowed Corey Blocker's evidence to be compelled it would have proven that Corey Blocker was entitled to his unemployment and also that Corey Blocker never received the all the money the Michigan Unemployment Agency claims Corey Blocker owes. Also that the Michigan Unemployment Agency did in fact steal over $14,000.00 from Corey Blocker. Corey Blocker also states for the record that because of

the unconstitutional mandate of wearing a mask was the only reason he could not work a 40 hour work week. Which under rule 28(1)a is the requirement for being able to receive Unemployment under said rule. Corey Blocker also states that the United States of America through the hoax commonly known as covid-19 has violated Corey Blocker constitutional and civil rights to life liberty and the pursuit of happiness, and his right to be treated fairly as any other person in the United States. Because Congress approved the cares act that allowed Corey Blocker to receive grants and loans for his business that the others defendants affiliates have either denied or as in the case of the SBA just stalled to give Corey Blocker the EIDL loan increase or the PPP loan he qualified for. Which Corey Blocker has stated in every case, and Robert J. Jonker has repeatedly dismissed the cases before the evidence could be compelled then Robert J. Jonker states there is no evidence to back up Corey Blocker's claim. It has been well established that fraud upon the court is fraud that is committed by an officer of the court. Which is bribery or in this case the fact that Robert J. Jonker is not acting in an impartial way to the violation of Corey Blocker's constitution and civil rights. Therefore Corey Blocker makes these motions for temporary injunction to receive Corey Blocker's unemployment, motion to transfer transcript from all Corey Blocker's cases involving Robert J. Jonker. To prove beyond a shadow of a doubt the defendant's guilt.  Corey Blocker request the full amount of the cares act for his damages and for all involved to be prosecuted to the full extent of the law for treason. Robert J.Jonker does not have immunity under fraud upon the court and can be held liable for damages

RESPECTFULLY SUBMITTED

COREY BLOCKER

YOU ARE HEREBY SUMMONS TO DEFEND/ RESPOND TO THIS ORIGINAL COMPLAINT IF YOU DO NOT RESPOND IN THE TIME FRAME ALLOWED BY LAW THIS CASE WILL BE GRANTED IN THE PLAINTIFF'S FAVOR WITH NO MORE NEED FOR LITIGATION.

REPSECTFULLY SUBMITTED

COREY BLOCKER

I CERTIFY THAT A TRUE AND EXACT COPY HAS BEEN SENT TO EACH DEFENDANT ON THIS THE 12 DAY OF FEBRUARY 2022 VIA U.S MAIL

RESPECTFULLY SUBMITTED

COREY BLOCKER

ROBERT J. JONKER

399 FEDERAL BLDG

110

MICHIGAN ST NW

GRAND RAPIDS MI 49503

GRETCHEN WHITMER

PO BOX 30013

LANSING MI 48909

ATTORNEY GENERAL OFFICE

525 OTTOWA ST

LANSING MI 48933

JOSEPH R. BIDEN

1600 PENNSYLVANIA AVE NW

WASHINGTON D.C 20503

ATTORNEY GENERALS OFFICE

DEPARTMENT OF JUSTICE

950 PENNSYLVANIA AVE NW

WASHINGTON D.C 20503

MICHIGAN UNEMPLOYMENT AGENCY

PO BOX 169

GRAND RAPIDS MI 49501

COREY BLOCKER

3105 SOUTH MARTIN LUTHER KING JR BLVD

UNIT 243

LANSING MI 48910

517-303-8803