IN THE UNITED STATES DISTRICT COURT, FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| COREY BLOCKER | ) | **FILED - LN** <br> April 27, 2022 12:38 PM <br> CLERK OF COURT <br> U.S. DISTRICT COURT <br> WESTERN DISTRICT OF MICHIGAN <br> BY: pjw / SCANNED BY |
| PLAINTIFF | ) | |
| V. | ) | |
| ROBERT J. JONKER | ) | |
| DEFENDANT | ) CASE # 1:22-CV-132 | |
| STATE OF MICHIGAN | ) TRIAL BY JURY | |
| CODEFENDANT | ) | |
| GRETCHEN WHITMER | ) | |
| CODEFENDANT | ) | |
| UNITED STATES OF AMERICA | ) | |
| CODEFENDANT | ) | |
| JOSEPH R. BIDEN | ) | |
| CODEFENDANT | ) | |
| MICHIGAN UNEMPLOYMENT AGENCY | ) | |
| CODEFENDANT | ) | |

MOTION FOR DEFAULT JUDGMENT, AND AFFIDAVIT OF FACT AND SERVICE

Corey Blocker makes this motion for default judgment, and affidavit of fact and service, for this courts record, and on this courts record. Corey Blocker is making this motion for judgment by default to be granted a court date to determine the amount the defendants will have to pay. Because Corey Blocker states under oath that on October 13 2021 Corey Blocker served each of the defendants either at Robert J. Jonker's place of employment or the address on file for the other defendants. Corey Blocker Also states under oath that none of the defendants are and infant nor minor, incompetent, or part of the military services. Therefore the fact that none of the defendants have responded/ defended the claims Corey Blocker has made in the 60 days the law allows and have been served via U.S mail as the law allows, Corey Blocker must be given a trial to determine the amount owed to him by law. Therefore the fact that Corey Blocker has proven his case that because of the fraud upon the Court committed by Robert J. Jonker Corey Blocker Constitutional and civil rights were violated. Corey Blocker also states that this court is allowing Corey Blocker to go through undue hardship for the purpose of giving the defendants and unfair advantage. Corey Blocker has proven beyond a shadow of a doubt that his constitutional and civil rights have been violated by the executive orders enacted by the defendants and their affiliates. Therefore the fact that Corey Blocker money that he rightfully qualifies for by law is still

Case 1:22-cv-00132-JTN-RSK   ECF No. 15, PageID.52   Filed 04/27/22   Page 2 of 3

being held for the purpose of causing undue hardship to Corey Blocker is grounds that his constitutional and civil rights have been violated and that Corey Blocker is entitled to relief by law

YOU ARE SUMMONS TO APPEAR IN COURT TO TESTIFY WHY NO RESPONSE/ DEFENSE WAS GIVEN, AND WHY COREY BLOCKER SHOULD NOT BE GRANTED THE 6 TRILLION DOLLARS HE REQUESTED IN HIS ORIGINAL COMPLAINT AS PAYMENT FOR THE PENSITORY AND PUNITIVE DAMAGES OF THIS CASE. THIS COURT WILL GIVE THE DATE TO APPEAR IN COURT AND ANSWER.

ON THIS THE __26__ DAY OF __April__ 2022 THIS INSTRUMENT WAS SWORN IN FRONT OF ME BY _____

SIGN BY THE AFFANT  *Corey Blocker*

SWORN TO SUBSCRIBED BEFORE ME ON THIS THE __26__ DAY OF 2022 *April*

NOTARY PUBLIC *Emma Garibaldi*

I CERITFY THAT A TRUE AND EXACT COPY OF THIS INSTRUMENT WAS SENT VIA U.S MAIL TO EACH OF THE DEFENDANTS ON THIS THE 25 DAY OF APRIL 2022

RESPECTFULLY SUBMITTED

COREY BLOCKER

ROBERT J. JONKER

399 FEDERAL BUILDING

110

GRAND RAPIDS MI 49503

GRETCHEN WHITMER

PO BOX 30013

LANSING MI 48909

ATTORNEY GENERAL OFFICE

525 OTTOWA ST

LANSING MI 48933

JOSEPH R. BIDEN

1600 PENNSYLVANIA AVE NW

WASHINGTON D.C 20503

ATTORNEY GENERAL OFFICE

DEPARTMANT OF JUSTICE

950 PENNSYLVANIA AVE NW

WASHINGTON D.C 20503

MICHIGAN UNEMPLOYMENT AGENCY

PO BOX 169

GRAND RAPIDS MI 49501

COREY BLOCKER

3105 SOUTH MARTIN LUTHER KING JR BLVD

UNIT 243

LANSING MI 48910

517-885-0723