IN THE UNITED STATES DISTRICT COURT, FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| COREY BLOCKER | ) | **FILED - LN**<br>June 30, 2022 3:09 PM<br>CLERK OF COURT<br>U.S. DISTRICT COURT<br>WESTERN DISTRICT OF MICHIGAN<br>BY: pjw /      SCANNED BY: |
| APPEALLEE | ) | |
| V. | ) | |
| ROBERT J. JONKER | ) | |
| APPELLEE | ) CASE # 1:22-CV=132-JTN-RSK | |
| STATE OF MICHIGAN | ) TRIAL BY JURY | |
| COAPPELLEE | ) | |
| GRETCHEN WHITMER | ) | |
| COAPPELLEE | ) | |
| UNITED STATES OF AMERICA | ) | |
| COAPPELLEE | ) | |
| JOSEPH R. BIDEN | ) | |
| COAPPELLEE | ) | |
| MICHIGAN UNEMPLOYMENT AGENCY | ) | |
| COAPPELLEE | ) | |

MOTION FOR JUDGMENT BY DEFAULT, AND FULL AND FINAL JUDGEMENT UNDER RULE 2.603 OF THE MICHIGAN RULES OF CIVIL PROCEDURES. NOTICE TO SUE ISABEL GUZMAN, JULIA DALE, CHARLES P. RETTIG.

Corey Blocker makes said motion, for this courts record, and on this courts record. Under rule 2.603 of the Michigan rules of civil procedure a motion for judgment by default can be had when the party fails to respond/ defend in the time allowed by law. Therefore the law gives the defendant 30 days to respond/ defend this complaint. Which on June 26 2022 the 30 day time limit ran out for the defendants to responded. Corey Blocker therefore states for the record that none of the defendants are minors, incompetent, or members of the military service. Corey Blocker also states for the record that each defendant received a copy of the original complaint and all other documents via U.S mail. Therefore the fact that Corey Blocker's Due process clause, and Constitutional and civil has been violated by the defendants and silence is acceptance in the court of law the defendants must by affidavit only respond/ defended why this court must not grant Corey Blocker's motion for judgment by default, and full and final judgment in the requested amount. Which the fact that Corey Blocker just missed his 30 class reunion and the defendants and their affiliates through the evidence Corey Blocker requested and the fact that Due process clause is a reason relief can be granted. Corey Blocker's motion must be granted.

Corey Blocker also states for the record that the defendant's affiliates are still violating Corey Blocker's Due process clause and Constitutional and civil rights by denying Corey Blocker the grants and loans from the SBA, Corey Blocker's unemployment appeal, also Corey Blocker's amended tax return for the purpose of causing Corey Blocker undue hardship. Therefore the fact that the SBA closed down the EIDL portal but is secretly still funding loans through an secret email address proves that Corey Blocker's statement that the defendant's and their affiliates were stealing the assets of the residence of the country commonly known as the Unites States. Therefore the fact that Robert J. Jonker violated Corey Blocker's due process clause by committing fraud upon the court when he did not recuse himself from the case which it is well established that a judge warring against the constitution is not acting in his judicial capacity but his personal capacity, which is treason against interstate commerce and no judge has immunity from treason. Then there is the fact that Corey Blocker demanded Robert J. Jonker recusal not because he did not like the ruling but for the fact that by Robert J. Jonker and this court not allowing Corey Blocker his due process, that Robert J. Jonker had committed fraud upon the court and therefore violated Corey Blocker's constitutional and civil right which are grounds that relief can be granted. Corey Blocker would also like to state that the fact that every document that Corey Blocker has ever submitted to this court has made a jury demand, which the fact that the docket text states no jury demand is further proof of this courts fraud upon the court and also Corey Blocker has given the right phone number of 517-885-0723

RESPECTFULLY SUBMITTED

COREY BLOCKER

I CERTIF THAT A TRUE AND EXACT COPY OF THIS INSTRUMENT WAS SENT VIA U.S MAIL TO EACH OF THE DEFENDANTS ON THIS THE 30 DAY OF ~~JULY~~ June 2022

RESPECTFULLY SUBMITTED

COREY BLOCKER

ROBERT J. JONKER

399 FEDERAL BLDG

110

GRAND RAPIDS MI 49501

GRETCHEN WHITMER

PO BOX 30013

LANSING MI 48909

ATTORNEY GENERAL OFFICE

525 OTTOWA ST

LANSING MI 48933

JOSEPH R. BIDEN

1600 PENNSYLVANIA AVE NW

WASHINGTON D.C 20503

ATTORNEY GENERAL OFFICE

DEPARTMENT OF JUSTICE

950 PENNSYLVANIA AVE NW

WASHINGTON D.C 20503

MICHIGAN UNEMPLOYMENT AGENCY

PO BOX 169

GRAND RAPIDS MI 49503

SBA

409 3RD ST SW

WASHINGTON D.C 20416

IRS

1111 CONSTITUTION AVE NW

WASHINGTON D.C 20540

COREY BLOCKER

3105 SOUTH MARITN LUTHER KING JR BLVD

UNIT 243

LANSING MI 48910

517-885-0723