UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY BLOCKER,

    Plaintiff,

v.

ROBERT J. JONKER, et al.,

    Defendants.

_____/

Case No. 1:22-cv-132

HON. JANET T. NEFF

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered dismissing this matter without prejudice.

Dated: July 9, 2022

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge